# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Mag. No. 13-2521 (DEA) |
| | : | |
| TROY A. BELL | : | ORDER FOR CONTINUANCE |
| | : | |

This matter having been opened to the Court by Paul J. Fishman, United States Attorney for the District of New Jersey (Francisco J. Navarro, Assistant United States Attorney, appearing), and the Defendant Troy A. Bell (John H. Yauch, Esq., appearing) for an order granting a continuance of the proceedings in the above-captioned matter; and the Defendant being aware that he has the right under 18 U.S.C. § 3161(b) to have the matter presented to a Grand Jury within thirty (30) days of his arrest; and the Defendant through his attorney having consented to this third continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and the United States and the Defendant seek additional time to negotiate a plea agreement, which would thereby render trial of this matter unnecessary;

2. Defendant has consented to the aforementioned continuance;

3. The grant of a continuance will likely conserve judicial resources; and

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial.

WHEREFORE, it is on this 7th day of August, 2013,

ORDERED that the proceedings in the above-captioned matter are continued from the date this order is signed through, and including, September 30, 2013; and

IT IS FURTHER ORDERED that the aforementioned period shall be excludable in computing time under the Speedy Trial Act of 1974.

HONORABLE DOUGLAS E. ARPERT
United States Magistrate Judge

Consented and Agreed to by:

John H. Yauch, Esq.
Assistant Federal Public Defender

Francisco J. Navarro
Assistant United States Attorney

Approved by:

Jennifer Davenport
Deputy Chief, General Crimes Unit